

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

February 2, 2023

*Via ECF and Electronic Mail*

Hon. Marian W. Payson
United States Magistrate Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *Shariff, et al. vs. Fischer, et al.* (05-cv-6504)

Dear Judge Payson:

I write to respectfully request a forty-five-day extension of the deadline for Defendants to produce their expert report – to March 22, 2023. The current Amended Scheduling Order (ECF #231) sets February 5, 2023, as the deadline for Defendants' expert report. While I have worked to secure an expert in this matter, I had difficulty retaining an expert and need additional time for the expert to review the materials and producing an expert report.

I have discussed this with Plaintiffs' attorneys, and they have graciously consented to this request. Thus, I ask that the deadlines in this matter be extended as follows:

- Defendants' expert report by March 22, 2023;
- Expert discovery by May 31, 2023; and
- Dispositive motions by July 31, 2023.

If this meets with the Court's approval, I have included a "so ordered" line below.

Respectfully,

s/ Matthew D. Brown
Matthew D. Brown
Assistant Attorney General
Matthew.brown@ag.ny.gov
(585) 546-7430

cc:   David L. Cook, Esq.
      Jared K. Cook, Esq.
      Tyler J. Skretny, Esq.

## So Ordered

_____
Hon. Marian W. Payson
United States Magistrate Judge