

Via ECF                                                                                                July 18, 2023

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re:   *Abdul Shariff et al. v. Glenn S. Goord et al.*
      Index No.: 05-CV-6504 CJS

Dear Judge Payson:

Plaintiff's counsel respectfully requests a thirty-day extension of the deadline for the submission of dispositive motions to August 31, 2023.  The current Amended Scheduling Order (ECF #234) sets July 31, 2023 as the deadline for dispositive motions.

We have worked diligently to prepare these motions, but the additional time would allow both parties to fully brief the respective issues.  We have communicated with Mr. Brown, of the Attorney General's office, who does not oppose our request.  Thank you in advance for your consideration.

Respectfully submitted,

Phillips Lytle LLP


By */s/ David L. Cook*

David L. Cook

DLC2/TJS2

ATTORNEYS AT LAW

DAVID L. COOK   PARTNER   DIRECT 585 238 2012   DCOOK@PHILLIPSLYTLE.COM

28 EAST MAIN STREET SUITE 1400 ROCHESTER, NEW YORK 14614-1935 PHONE (585) 238-2000 FAX (585) 232-3141 | PHILLIPSLYTLE.COM
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION



Hon. Mark W. Pederson
Page 2


CC:    Jared K. Cook via email - jcook@vaheylaw.com
        Matthew D. Brown via email - Matthew.brown@ag.ny.gov
        Tyler J. Skretny via email - tskretny@phillipslytle.com
        Jordan C. Eaton via email - jeaton@phillipslytle.com