

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
ROCHESTER REGIONAL OFFICE

August 25, 2023

*Via ECF and Electronic Mail*

Hon. Marian W. Payson  
United States Magistrate Judge  
Kenneth B. Keating Federal Building  
100 State Street  
Rochester, New York 14614

     Re:    *Shariff, et al. vs. Fischer, et al.* (05-cv-6504)

Dear Judge Payson:

    I write on behalf of the parties to respectfully request a further 30-day extension of the deadline for submission of dispositive motions to September 29, 2023. The deadline is currently set as August 31, 2023 (ECF #238), If this meets with the Court's approval, I have included a "so ordered" line below.

    Respectfully,

    s/ Matthew D. Brown  
    Matthew D. Brown  
    Assistant Attorney General  
    Matthew.brown@ag.ny.gov  
    (585) 546-7430

cc:    David L. Cook, Esq.  
        Jared K. Cook, Esq.  
        Tyler J. Skretny, Esq.  
            (all via electronic mail)

## So Ordered

    *s/Marian W. Payson*  
    Hon. Marian W. Payson  
    United States Magistrate Judge

    Dated: August 28, 2023